No. 95–7474. DAVIS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 95–7478. RODRIGUEZ *v.* WOLF, JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, FIRST DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–7482. SHOWN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–7486. WALLACE *v.* IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7496. COVILLION *v.* NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–7497. GEORGE *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–7504. DEVER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7507. HIGGASON *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE. C. A. 7th Cir. Certiorari denied.

No. 95–7509. ALLEN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7518. STUCKEY *v.* THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–7519. SCHLEEPER *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–7527. LUNDGREN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7529. JOSEPH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–7547. SCRIVNER *v.* TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.